MARK DUNTZ, as Trustee for the Holders of Bonds and Coupons Secured by a Mortgage Executed by the GRANGER BREWING COMPANY, Appellant, *v.* GRANGER BREWING COMPANY, Defendant, and PFAUDLER COMPANY, Respondent, Impleaded with Others.

*Duntz* v. *Granger Brewing Co.*, 96 App. Div. 631, affirmed.
(Argued March 19, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 21, 1905, affirming a judgment in favor of respondent herein entered upon a decision of the court on trial at Special Term.

*Albert H. Harris* and *Thomas K. Smith* for appellant.

*Hiram R. Wood* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.

---

DOUGLAS W. GRAY, Appellant, *v.* ISAAC MEYER et al., Respondents.

*Gray* v. *Meyer*, 100 App. Div. 513, affirmed.
(Argued March 19, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 3, 1905, affirming a judgment in favor of defendants entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Francis E. Wood* for appellant.

*Warren J. Cheney* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT and VANN, JJ. Dissenting: WILLARD BARTLETT, and CHASE, JJ.